IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00751-PAB-MEH

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION,
LOCAL NO. 7,

     Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO and
COLORADO PERMANENTE MEDICAL GROUP, P.C.,

     Defendants.

---

### ORDER OF RECUSAL

---

     This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant Kaiser Foundation Health Plan of Colorado.  For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself.  It is therefore

     ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

     DATED April 11, 2011.

                BY THE COURT:

                 s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge