IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00751-WJM-MEH

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, LOCAL NO. 7,

      Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO and
COLORADO PERMANENTE MEDICAL GROUP, P.C.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 25, 2011.**

      The Unopposed Motion to Vacate and Reset the Status Conference filed by Defendant Kaiser Foundation Health Plan of Colorado [filed April 22, 2011; docket #9] is **granted**. The Status Conference currently scheduled for May 5, 2011 is **vacated and rescheduled** to **May 24, 2011**, at **9:15 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

      The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Status Conference.

      Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling conferences by telephone. Please contact Chambers at (303) 844-4507 at least five business days prior to the Status Conference to arrange appearance by telephone.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.